IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**HENRY L. WILLIAMS,**

                      Plaintiff,

    v.

**G. CAIN, et al.,**

                      Defendants.

Case No. 2:20-cv-01121-DMC (PC)

**ORDER**

This matter coming before the Court on Defendant's motion (ECF No. 25) to modify the Court's Discovery and Scheduling Order (ECF No. 24) to allow for a sixty-day extension of time, the request is GRANTED for good cause shown by counsel's declaration indicating the need for additional time to review Plaintiff's deposition and prepare declarations necessary to support a motion for summary judgment.  Defendants shall have up to and including January 20, 2023, to file their motion for summary judgment.

    IT IS SO ORDERED.

Dated:  November 18, 2022

                                                      _____

                                                      DENNIS M. COTA
                                                      UNITED STATES MAGISTRATE JUDGE