# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY LEE WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>G. CAIN, et al.,<br><br>  Defendants. | Case No. 2:20-cv-01121-DAD-DMC<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>**THIRTY DAY DEADLINE** |

The Court conducted a settlement conference in this action on October 5, 2023, at which the parties reached a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositive documents within **thirty (30)** days of entry of this order.

IT IS SO ORDERED.

Dated:   **October 5, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

1